1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| RANDOLPH LOPEZ, JR., | CASE NO. 07 CV 2157 JM (WMC) |
|---|---|
| Plaintiff, vs. | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; REFERRAL TO MAGISTRATE JUDGE** |
| MICHALE J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**Motion to Proceed In Forma Pauperis**

  Plaintiff has filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). His motion reflects that he has no significant assets and that his only source of revenue is his employment income of approximately $170 a week. Accordingly, the court **GRANTS** Plaintiff's motion to proceed in forma pauperis. The court further orders that the Clerk of Court shall serve a copy of this order on the United States Attorney General or an authorized representative.

**Referral to Magistrate Judge**

  Plaintiff brings this action for review of a decision of the Commissioner of Social Security denying him benefits. All matters arising in this Social Security appeal are hereby referred to

//

//

//

1 | Magistrate Judge William McCurine, Jr. for a report and recommendation in accordance with 28
2 | U.S.C. § 636(b)(1)(B) and Local Rule 72.1(c)(1)(c).
3 | **IT IS SO ORDERED**.
4 | DATED: November 19, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

6 | cc:       Magistrate Judge McCurine
7 |           All parties