# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH LOPEZ, JR., <br><br> Plaintiff, <br> vs. <br><br> MICHALE J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | CASE NO. 07 CV 2157 JM (WMc) <br><br> **ORDER GRANTING JOINT MOTION TO REMAND** |

Upon application by Defendant Commissioner of the Social Security Administration, and by Plaintiff by and through his counsel, Thomas G. Roche,

**IT IS HEREBY ORDERED** that the above-mentioned case be remanded for further administrative action pursuant to Sentence 6 of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

DATED: January 31, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties