# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH LOPEZ, JR., | CASE NO. 07 CV 2157 JM (WMc) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO REMAND** |
| vs. | |
| MICHALE J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Upon application by Defendant Commissioner of the Social Security Administration, and by Plaintiff by and through his counsel, Thomas G. Roche,

**IT IS HEREBY ORDERED** that the above-mentioned case be remanded for further administrative action pursuant to Sentence 6 of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

DATED: January 31, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties

- 1 -

07cv2157